UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ACCESS FOR THE DISABLED, INC., a Florida not for profit corporation, and DENISE PAYNE, Individually,

  Plaintiffs,

v.

OAKBROOK ENTERPRISE, LLC, An Illinois Limited Liability Company,

  Defendant.
_____/

Case No. 1:08-cv-06927

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs hereby dismiss the instant action with prejudice pursuant to a Confidential Settlement Agreement.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this May 6, 2009.

1

Respectfully submitted,

Attorney for Plaintiff:

 /s/ Thomas B. Bacon
Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com